UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
FRANKIE MONEGRO, on behalf of himself
and all others similarly situated,
                                    Plaintiff,
             -against-

ALLERGY BUYERS GROUP, LLC,
                                    Defendant.
------------------------------------------------------------X



20 **CIVIL** 7679

# JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated January 15, 2021, and pursuant to Federal Rule of Civil Procedure 41(a)(I)(A)(ii), Plaintiff Frankie Monegro and Defendant Allergy Buyers Group, LLC by and through undersigned counsel, have stipulated that this action and all claims and defenses asserted therein be dismissed without prejudice. Each party shall bear their own attorneys' fees, costs, and expenses. Judgment is hereby entered.

**Dated:**  New York, New York
         January 15, 2021

                                        **RUBY J. KRAJICK**
                                        _____
                                        **Clerk of Court**
                            **BY:**     _____
                                        **Deputy Clerk**